IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN DOE #046, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:24-cv-00021 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| WILLIAM LEE, ET AL., ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a notice of voluntary dismissal (Doc No. 18), seeking dismissal without prejudice of Plaintiff's claims against Defendants. Accordingly, under Federal Rule of Civil Procedure 41, this action is hereby **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE